Michael E. Piston
Attorney for Plaintiff
225 Broadway
Suite 307
New York, NY, 10007
Ph: 646-845-9895
Fax: 206-770-6350
Email: michaelpiston4@gmail.com

UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF COLUMBIA

MOHAMED KAKAR,
38-11 Ditmars Blvd.
Apt. 148
Astoria, NY 11105

Plaintiff,

    vs.

JEH JOHNSON, Secretary Department
of Homeland Security,
Washington, DC 20528

LEON RODRIGUEZ, Director of the United
States Citizenship and Immigration Services,
20 Massachusetts Avenue, NW
Washington, DC 20529

MARK J. HAZUDA, Director of the United
States Citizenship and Immigration Services'
Nebraska Service Center,
850 S Street Lincoln, NE 68508

    Defendants

Case No.:

COMPLAINT

1

DESCRIPTION OF ACTION

1. This is an action brought by plaintiff, MOHAMED KAKAR, A077935717, against the defendants to compel a decision on his application for a refugee travel document, which has been pending with the United States Citizenship and Immigration Services since November 2, 2015

JURISDICTION

2. This being a civil action against the United States arising under the Immigration and Nationality Act, 8 U.S.C. § 1101 et. seq., the Mandamus Act, 28 U.S.C. § 1361, and the Administrative Procedure Act, 5 U.S.C. § 701 et seq., all laws of the United States, original jurisdiction over this matter is vested in this Court by 28 U.S.C. § 1331.

DESCRIPTION OF PARTIES

3. The plaintiff, MOHAMED KAKAR, is a citizen of Afghanistan, lawfully residing in the United States as an asylee under 8 U.S.C. § 1158 at 38-11 Ditmars Blvd. Apt.148 Astoria, NY 11105.

4. The defendant, JEH JOHNSON, is the Secretary of Homeland Security, and as such has the authority to adjudicate applications for asylum. He resides for official purposes in the District of Columbia.

5. The defendant, LEON RODRIGUEZ, is the Director of the United States Citizenship and Immigration Services (the "USCIS"), the agency within the Department of Homeland Security, which adjudicates applications for asylum. He resides for official purposes in the District of Columbia.

6. The defendant, MARK J. HAZUDA, is the Director of the Nebraska Service Center of the United States Citizenship and Immigration Services, where plaintiff's application for adjustment of status is believed to be currently pending. He resides for official purposes within the State of Nebraska.

## BRIEF STATEMENT OF RELEVANT FACTS

7. On March 28, 2000, MOHAMED KAKAR was granted asylum in accordance with an Immigration Judge's decision

8. On November 2, 2015 he filed an application for a Refugee Travel Document on Form I-131 with the USCIS's Nebraska Service Center, which was assigned file number LIN1690134531.

9. On May 23, 2016 information was requested from USCIS about the status of the case for MOHAMED KAKAR.

10. On June 9, 2016 the USCIS responded stating that "(w)e are unable to expedite your application at this time as this case is undergoing additional security review and requires a long processing time than normal.

14. As of this date, despite the fact that his application has now been pending for over a year, USCIS has not intimated to MOHAMED KAKAR when he may expect a decision in his case.

15. The USCIS's official website indicates that the Nebraska Service Center is currently adjudicating forms I-13` based on a grant of asylum that were filed with it only 3 months ago. See https://egov.uscis.gov/cris/processingTimesDisplay.do

## COUNT I

16. Defendant JEH JOHNSON, Secretary of Homeland Security, Defendant LEON

RODRIGUEZ, Director of the United States Citizenship and Immigration Services, and MARK J. HAZUDA, Director of the United States Citizenship and Immigration Services' Nebraska Service Center, are each and all officers or employees of the United States Department of Homeland Security.

17. Defendant JEH JOHNSON, Secretary of Homeland Security, Defendant LEON RODRIGUEZ, Director of the United States Citizenship and Immigration Services, and Defendant MARK J. HAZUDA, the Director of the United States Citizenship and Immigration Services' Nebraska Service Center, each and all owe a duty to the Plaintiff to adjudicate his application for a refugee travel document within a reasonable period of time. 5 U.S.C. § 555(b) ("With due regard for the convenience and necessity of the parties or their representatives and within a reasonable time, each agency shall proceed to conclude a matter presented to it.").

18. The period of time in which this application has been pending with Defendant JEH JOHNSON, Secretary of Homeland Security, Defendant LEON RODRIGUEZ, Director of the United States Citizenship and Immigration Services, and Defendant MARK J. HAZUDA the Director of the United States Citizenship and Immigration Services' Nebraska Service Center, and their predecessors, is well beyond the time which these officers or employees reasonably require to adjudicate it.

19. This Court has authority under 28 U.S.C. § 1361 to compel an officer or employee of the United States to perform a duty owed to the Plaintiff.

20. This Court also has authority under 5 U.S.C. § 706(1) to compel agency action unlawfully withheld or unreasonably delayed.

## RELIEF REQUESTED

WHEREFORE it is respectfully requested that the Court find that an adjudication of MOHAMED KAKAR's application for refugee travel document has been unreasonably delayed and compel Defendant JEH JOHNSON, Secretary of Homeland Security, Defendant LEON RODRIGUEZ, Director of the United States Citizenship and Immigration Services, and Defendant MARK J. HAZUDA, the Director of the United States Citizenship and Immigration Services' Nebraska Service Center, to adjudicate the Plaintiff's application for refugee travel document in no more than 30 days from the date of the Court's order, and to take such other action as it deems appropriate.

Dated this 11th day of July, 2016

s/ Michael E. Piston
Michael E. Piston (MI002)
Attorney for Plaintiff
225 Broadway
Suite 307
New York, NY, 10007
Ph: 646-845-9895
Fax: 206-770-6350
Email: michaelpiston4@gmail.com